IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**JOHNNY LASLEY**,  Civil File No. 2:13-CV-02097-EFM-GLR

    Plaintiff,

vs.  STIPULATION OF DISMISSAL
  WITH PREJUDICE
**INTEGRITY FINANCIAL PARTNERS, INC.**,

    Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Johnny Lasley, and the defendant, Integrity Financial Partners, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

    Respectfully submitted,

Dated:  June 3, 2013    By /s/J. Mark Meinhardt
  J. Mark Meinhardt, #20245
  9400 Reeds Road, Suite 210
  Overland Park, KS 66207
  Office: (913) 451-9797
  Fax: (913) 451-6163
  Email: mark@meinhardtlaw.com
  **ATTORNEY FOR PLAINTIFF**

Dated:  June 3, 2013    By /s/Rachel B. Ommerman
  Rachel B. Ommerman, #21868
  Berman & Rabin, P.A.
  15280 Metcalf Avenue
  Overland Park, KS 66223
  Office: (913) 649-1555
  Fax: (913) 652-9474
  Email: rommerman@bermanrabin.com
  **ATTORNEY FOR DEFENDANT**